**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH PATRICK ROMAN SIMON, | NO. ED CV 13-2281-RGK(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| JAMES E. HENNING, Warden, et al., | |
| Defendants. | |

Pursuant to the Order filed concurrently herewith,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 10/7/15

*/s/ Gary Klausner*

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE